**UNITED STATES of America, Plaintiff–Appellee**

v.

**David Glenn MANUEL, also known as Sealed 1, Defendant–Appellant.**

**Nos. 12–40683, 12–40704 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

March 1, 2013.

Randall Lynn Fluke, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Gary R. Bonneaux, Assistant Federal Public Defender, Federal Defender's Office, Beaumont, TX, Amy R. Blalock, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent David Glenn Manuel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Manuel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein.

---

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.